IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                               INDICTMENT

CORLIS RANEW                                       4:12cr26-RH
_____/

THE GRAND JURY CHARGES:

COUNT ONE

In or about November 2011, in the Northern District of Florida, the defendant,

**CORLIS RANEW,**

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, Florida, did knowingly engage in a sexual act with another person, N.R., who was in official detention and under the custodial, supervisory, and disciplinary authority of **CORLIS RANEW.**

In violation of Title 18, United States Code, Section 2243(b).

## COUNT TWO

In or about March 2012, in the Northern District of Florida, within a Federal prison, the defendant,

**CORLIS RANEW,**

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, Florida, did knowingly engage in a sexual act with another person, N.L., who was in official detention and under the custodial, supervisory, and disciplinary authority of **CORLIS RANEW**.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT THREE

In or about March 2012, in the Northern District of Florida, within a Federal prison, the defendant,

**CORLIS RANEW,**

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, Florida, did knowingly engage in a sexual act with another person, N.L., who was in official detention and under the custodial, supervisory, and disciplinary authority of **CORLIS RANEW**.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT FOUR

In or about March 2012, in the Northern District of Florida, within a Federal prison, the defendant,

**CORLIS RANEW,**

2

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, Florida, did knowingly engage in a sexual act with another person, N.L., who was in official detention and under the custodial, supervisory, and disciplinary authority of **CORLIS RANEW**.

In violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL:

REDACTED

FOREPERSON

May 1, 2012
DATE

*Pamela Marsh*
PAMELA C. MARSH
United States Attorney

*K. Rhew-Miller*
KAREN RHEW-MILLER
Assistant United States Attorney

3