IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

Case No.: 4:12cr26-RH

v.

CORLIS RANEW

_____/

## STATEMENT OF FACTS

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, provides this factual basis for the acceptance of a guilty plea from Corlis Ranew. Should this case proceed to trial, the government is prepared to present evidence as follows:

While employed as a correctional officer at the Federal Correctional Institution in Tallahassee, Florida, Corlis Ranew had sexual contact with N.R. and N.L., inmates who were then in official detention and under Defendant's custodial, supervisory, and disciplinary authority.

In or about November 2011, N.R. performed oral sex on the Defendant outside a supply building within FCI Tallahassee (Count One). Afterward, N.R. spat Defendant's semen onto a beanie cap. DNA analysis later confirmed that Defendant was the source of the semen deposited on the cap. During separate interviews with Special Agent Philip Van Nimwegen, U.S. Department of Justice, Office of Inspector General, both Defendant and N.R. admitted this sexual contact.

In or about March 2012, the Defendant had sexual intercourse with N.L. in a kitchen office within FCI Tallahassee (Count Three). N.L. retained the condom the Defendant used during intercourse. DNA analysis later confirmed that Defendant was the source of semen contained within the condom. During separate interviews with Special Agent Van Nimwegen, both Defendant and N.L. admitted the sexual contact. Defendant further acknowledged that he had had sexual relations

FILED IN OPEN COURT ON

June 27, 2012

United States District Court
Northern District of Florida

with N.L. on two other occasions in March 2012 as well (Counts Two and Four). DNA analysis performed on underwear worn by N.L. after Defendant had intercourse with her on one of these occasions confirmed that Defendant was the source of semen found on the underwear.

## ELEMENTS OF 18 U.S.C. § 2243(b)

1. The defendant knowingly engaged in a sexual act with the victim.

2. At the time, the victim was in official detention at a federal prison.

3. At the time, the victim was under the custodial, supervisory, or disciplinary authority of the defendant.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney


Karen Rhew-Miller
D.C. Bar No. 405181
Assistant United States Attorney
Northern District of Florida
111 North Adams St., 4th Floor
Tallahassee, FL 23301
(850) 942-8430

### Defendant's Acknowledgment

I have read the above Statement of Facts and agree that the government can present evidence as set out above. I understand that I may present the Court with my own version of the facts and may dispute particular allegations against me.

_____        _____6-27-2012_____
CORLIS RANEW                                                        DATE